## Commonwealth v. Burnside, Appellant.

Argued November 20, 1975. Before WATKINS, P. J., JACOBS, HOFFMAN, CERCONE, PRICE, VAN DER VOORT, and SPAETH, JJ.

Michael J. Wherry, Public Defender, for appellant.

*Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

OPINION BY WATKINS, P. J., February 2, 1976:

The judgment of sentence is affirmed and the case is remanded for resentencing. At the resentencing, appellant is to receive a sentence which specifies both a minimum and a maximum as required by the Act of June 19, 1911, P.L. 1055, §6, 19 P.S. §1057.